**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MORGAN PERDUE,

    Plaintiff,

vs.                    Case No. 3:18-cv-490-J-34MCR

VAN RU INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 11; Stipulation) filed on August 1, 2018.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

1. This case is **DISMISSED with prejudice**.
2. Each party shall bear their own attorneys' fees, costs and expenses.
3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of August, 2018.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record